RICHARD HERZ, ESQ.
rick@earthrights.org
MARCO SIMONS, ESQ.
marco@earthrights.org
BENJAMIN HOFFMAN, ESQ.
benjamin@earthrights.org
MARISSA VAHLSING, ESQ.
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone:  (202) 466-5188
Facsimile:  (202) 466-5189

Attorneys for Applicant Elmer Eduardo Campos-Álvarez

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

*In Re* Application of ELMER EDUARDO CAMPOS-ÁLVAREZ for an Order Granting Leave to Issue Subpoenas for the Taking of Discovery Pursuant to 28 U.S.C. § 1782

**ENTRY OF APPEARANCE OF COUNSEL**

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Applicant.

Executed this 24th day of January, 2014 at West Hartford, CT.

    /s/ Richard Herz
Richard Herz
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone:  (202) 466-5188
Facsimile:  (202) 466-5189
Email: rick@earthrights.org