IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00208-BNB

In Re Application of Elmer Eduardo Campos for an Order Granting Leave to Issue Subpoenas for the Taking of Discovery Pursuant to 28 U.S.C. § 1782,

ORDER DRAWING CASE

Review pursuant to 28 U.S.C. § 1915 has been completed and *in forma pauperis* status has been granted. Accordingly, it is

ORDERED that this case shall be assigned to a district judge and to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

DATED January 27, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge