RICHARD HERZ, ESQ.
rick@earthrights.org
MARCO SIMONS, ESQ.
marco@earthrights.org
BENJAMIN HOFFMAN, ESQ.
benjamin@earthrights.org
MARISSA VAHLSING, ESQ.
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

Attorneys for Applicant Elmer Eduardo Campos-Álvarez

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00208-REB-BNB

ELMER EDUARDO CAMPOS-ALVAREZ,

    Applicant,

v.

NEWMONT MINING CORPORATION;
NEWMONT PERU SRL;
NEWMONT USA LTD.

    Respondents.

---

**APPLICATION OF ELMER EDUARDO CAMPOS-ÁLVAREZ FOR ORDER TO SHOW CAUSE**

---

Applicant Elmer Eduardo Campos-Álvarez respectfully applies to the Court for an Order to Show Cause why the Subpoenas attached to Mr. Campos' Application for § 1782 discovery should not issue and respectfully requests a timely briefing schedule to resolve any objections to Mr. Campos' Application for Section 1782 discovery.

Over two months have already passed since Mr. Campos filed and served his discovery Application. Newmont initially resisted Applicant's suggestion that the parties agree on a briefing schedule. Declaration of Richard Herz in Support of Elmer Eduardo Campos-Álvarez's Opposition to Respondents' Motion to Conduct Discovery and Application for Order to Show Cause, Ex. B. When Applicant renewed this request, Newmont suggested that it would respond to Mr. Campos' discovery Application in July — six months after Mr. Campos filed — and they would respond only after *Mr. Campos* produced discovery. *Id.*, Ex. A at 4. Although Applicant pointed out that there is no basis for such discovery to oppose discovery, *id.*, Ex. A at 2, 4, Newmont filed a motion seeking such discovery anyway.

The point of that motion is delay. Not only is there no support in the statute or the caselaw for discovery for *Respondent*, Newmont never even asked Applicant for much of what it claims to need. *See id.* ¶ 4. Regardless Applicant has provided additional information in its Opposition. Opposition of Elmer Eduardo Campos-Álvarez to Respondents' Motion to Conduct Discovery at 4-7. Moreover, Newmont's unsupported request for discovery is structured to require three rounds of briefing before Newmont would have any obligation to address the merits of Mr. Campos'

1

relatively simple Section 1782 discovery Application. *Id.* at 9-10.  By the time all of Respondents' discovery briefing and the briefing on the merits is completed and decided, it might well be too late for Applicant to submit evidence in the Peruvian criminal proceeding. *See* Supplemental Pérez Declaration in Support of Application of Elmer Eduardo Campos-Álvarez for Discovery Pursuant to 28 U.S.C. § 1782 and in Opposition to Respondents' Motion for Discovery, ¶ 7 (noting that absent judicial order, criminal investigation will close in September).

As detailed in the original application, Applicant meets the statutory prerequisites for Section 1782 discovery. Respondents "reside" in this District. And Applicant is an "interested party" in, and seeks discovery "for use in", foreign legal proceedings. Specifically, he is an "aggrieved party" in the criminal investigation of the commanders of the police officers who shot him, and he is a plaintiff in a civil suit against the police and government officials. *See* Application of Elmer Eduardo Campos-Alvarez for Discovery Pursuant to 28 U.S.C. § 1782, Section I.

All of the discretionary factors also favor granting the Application. First, Respondents are not parties in the foreign proceedings, and they are located here, outside the jurisdiction of Peru's courts. *See id.* Section II.A. Second, the Peruvian courts will accept evidence produced through discovery in the United States, and the information sought is undeniably relevant. *See id.* Section II.B, II.C.

Third, this Application does not conceal an attempt to circumvent foreign proof-gathering restrictions and is a good faith effort to obtain probative evidence. There is every reason to believe that Newmont, as manager of Minera Yanacocha

2

and its operations, possesses evidence relevant to the prosecutor's investigation and the civil action. *See id.*, Section II.D.

Fourth, the discovery sought is narrowly tailored to the needs of the Peruvian proceedings, and is not unduly intrusive or burdensome. The discovery focuses on the particular security policies and practices in place, and the response to the events of the day Applicant was shot. *See id.*, Section II.E.

In sum, Applicant has demonstrated that Section 1782 discovery is warranted. Respondent should be required to respond without further delay. Accordingly, Applicant respectfully proposes that Respondents be granted two weeks from the issuance of the Order to Show Cause to submit any objection to the Section 1782 application and the proposed underlying discovery, that Applicants receive two weeks for their reply, and that, if the Court would find a hearing useful, that it be held as soon as practicable thereafter.

**Certificate of Compliance with COLO.L.CivR 7.1.** Counsel for Applicant states that he has conferred with counsel for Respondent, proposing that the parties agree on a briefing schedule with respect to Mr. Campos' discovery Application. Herz Decl. Ex. A at 4-5; Ex. B at 1.When it was clear no agreement could be reached, Applicant's counsel suggested a joint filing in which each side would present their proposed schedule. *Id.* Ex. A at 2. Newmont's Counsel did not respond to this proposal, but instead filed its motion for discovery, *id.* Ex. A at 1, necessitating this Application for an order to show cause.

## CONCLUSION

For the foregoing reasons, the Applicant respectfully requests that the Court grant Applicant's motion for an order to show cause and order the Respondents to respond expeditiously to the Application.

Date:  April 11, 2014                                          Respectfully Submitted,

/s/ Richard Herz_____
Richard Herz, Esq.
Marco Simons, Esq.
Benjamin Hoffman, Esq.
Marissa Vahlsing, Esq.
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone:  (202) 466-5188
Facsimile:  (202) 466-5189
Email: rick@earthrights.org

Attorneys for Applicant Elmer Eduardo Campos-Álvarez