**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00208-REB

ELMER EDUARDO CAMPOS-ALVAREZ,

    Applicant,

v.

NEWMONT MINING CORPORATION,
NEWMONT PERU SRL, and
NEWMONT USA LTD.,

    Respondents.

## MINUTE ORDER[1]

    The respondents have filed a response [#18] to the applicant's motion [#15] for issuance of an order to show cause. The applicant may file a reply on or before **May 19, 2014.**

    Dated: May 5, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.