IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 1:14-cv-00208-REB

ELMER EDUARDO CAMPOS-ÁLVAREZ,

    Applicant,

v.

NEWMONT MINING CORPORATION;
NEWMONT PERU SRL, and
NEWMONT USA LTD.,

    Respondents.

**MINUTE ORDER**[1]

    The matters before the court are: (1) the **Motion for Leave To Serve Limited Discovery and Request for Scheduling Conference** [#13][2] filed April 2, 2014; and (2) the **Motion To expedite Consideration of Elmer Eduardo Campos-Álvarez's Application for Discovery Pursuant To 28 U.S.C. § 1782** [#21] filed November 26, 2014.

    The court has reviewed the case file and has entered an order granting in part the application [#1] of the applicant. I conclude that the respondents are not entitled to the limited discovery sought in their motion [#13]. After reviewing the motions, the file, and the record, it is

    **ORDERED** as follows:

    1. That the **Motion for Leave To Serve Limited Discovery and Request for Scheduling Conference** [#13] filed April 2, 2014, is denied; and

    2. That the **Motion To expedite Consideration of Elmer Eduardo Campos-Álvarez's Application for Discovery Pursuant To 28 U.S.C. § 1782** [#21] filed November 26, 2014, is granted as the court has entered an order addressing the application [#1].

    Dated: March 16, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.