IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00208-REB

ELMER EDUARDO CAMPOS-ALVAREZ,

    Plaintiff,

v.

NEWMONT MINING CORPORATION;
NEWMONT PERU SRL; and
NEWMONT USA LTD.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    T. Markus Funk hereby enters his appearance on behalf of Defendants Newmont Mining Corporation, Newmont Peru SRL, and Newmont USA Ltd. in the above-captioned action.

| | |
|---|---|
| DATED this 16th day of March, 2015 | Respectfully submitted,<br><br>**PERKINS COIE LLP**<br><br>By: *s/ Markus Funk*<br>    T. Markus Funk<br>    1900 Sixteenth Street, Suite 1400<br>    Denver, CO  80202-5255<br>    Telephone:  303.291.2300<br>    Facsimile:  303.291.2400<br>    E-mail:  MFunk@perkinscoie.com<br><br>Attorneys for Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- Scott William Hardt
  hardt@twhlaw.com,iglehart@twhlaw.com

- Richard Lawrence Herz
  rick@earthrights.org,marissa@earthrights.org,benjamin@earthrights.org

- Mark A. Wielga
  wielga@twhlaw.com,gallo@twhlaw.com

*s/ Markus Funk*
T. Markus Funk
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400
E-mail:  MFunk@perkinscoie.com

Attorneys for Defendants