## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 1:14-cv-00208-REB

ELMER EDUARDO CAMPOS-ALVAREZ,

    Applicant,

v.

NEWMONT MINING CORPORATION,
NEWMONT PERU SRL, and
NEWMONT USA LTD.,

    Respondents.

## PROPOSED ORDER ON RESPONDENTS' MOTION FOR PROTECTIVE ORDER

This matter is before the Court on Respondents' Motion for Protective Order. Having reviewed the pleadings, the case file, and the applicable law, and being fully advised of the premises, the Court GRANTS the Motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Respondents' Motion for Protective Order** is granted.

2. That the documents Respondents have, to this date, produced to Applicant with the designation "Confidential" (the "Confidential Documents") will be subject to the following protections:

    a. Applicant and his representatives, including counsel, shall use the Confidential Documents only as necessary for the proceedings pending in Peru (the "Peruvian Proceedings") referenced in Applicant's

         Application For Discovery Pursuant to 28 U.S.C. § 1782 [#1] filed January 24, 2014; and

    b.    Within the Peruvian Proceedings, Applicant and his representatives, including counsel, shall use best efforts to maintain the confidentiality of the Confidential Documents, including by utilizing any available sealing mechanism when filing the Confidential Documents in Peru's courts, and by requesting in writing that anyone who receives the Confidential Documents in connection with the Peruvian Proceedings preserve their confidentiality by using them only as necessary for the Peruvian Proceedings.

    3.    That the protections stated above shall apply equally to any portion of any deposition transcript or recording that discusses the substance of the Confidential Documents.

    4.    That should Applicant and his representatives, including counsel, desire to use the Confidential Documents other than as necessary for the Peruvian Proceedings, they may apply to this Court for permission to do so.

    Dated _____ at Denver, Colorado.

**BY THE COURT:**

_____
Robert E. Blackburn
United States District Judge