UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00208-REB-BNB

ELMER EDUARDO CAMPOS-ÁLVAREZ,

Applicant,

v.

NEWMONT MINING CORPORATION;
NEWMONT PERU SRL;
NEWMONT USA LTD.

Respondents.

---

**DECLARATION OF MARÍA DEL MAR PÉREZ AGUILERA IN SUPPORT OF ELMER EDUARDO CAMPOS-ÁLVAREZ´S APPLICATION FOR MOTION FOR SUPPLEMENTAL DISCOVERY PURSUANT TO
28 U.S.C. § 1782**

---

I, María del Mar Pérez Aguilera, declare as follows:

1. I am an attorney with the National Human Rights Coordinator of Peru (Coordinadora Nacional de Derechos Humanos- Peru). In this capacity, I represent Elmer Eduardo Campos-Álvarez ("Mr. Campos") as a civil party in a criminal investigation to determine the liability of police officers involved in the shooting of Mr. Campos on November 29, 2011. The local prosecutor's office in Celendin, Peru (the Segunda Fiscalía Provincial Penal Corporativa de Celendín) is currently conducting the investigation with oversight by a preparatory investigation judge.

2. As stated in my declaration presented in support of Mr. Campos' Motion to Expedite in November 2014, DE 21-1, the prosecutor originally had to complete

1

the preparatory stage of the investigation by May 24, 2015. However, the judge has since extended the deadline and the new deadline is on or around December 23, 2015. At that point, the investigation will move on to the next phase, known as the intermediate stage (*Etapa Intermedia*).During the intermediate stage, the prosecutor and the civil parties present oral and written arguments before the investigation judge on whether the proceeding should continue on to trial or be dismissed. Under Article 345 of the Peruvian Criminal Procedure Code, civil parties like Mr. Campos may submit new relevant evidence during the intermediate stage. After the culmination of this phase, the judge will make a decision on whether the case may move forward to trial.

3. As of now, the prosecutor has not taken any action with respect to formally pressing charges or closing the case. We have already submitted some of the documents disclosed by Respondents pursuant to the March 2015 order in September 2015.

I declare under penalty of perjury under the laws of the United States and Colorado that the foregoing is true and correct.

Executed this __7__ day of December 2015 at Lima, Peru.

_____

**María del Mar Pérez Aguilera**
Head of Program in Economic, Social and Environmental Rights National Human Rights Coordinator