# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00208-REB-BNB
-----------------------------------------------------------
RULE 30(b)(6) NEWMONT MINING COMPANY DEPOSITION OF

OTTO WALTER SLOANE
-----------------------------------------------------------
ELMER EDUARDO CAMPOS-ALVAREZ,

                      Applicant,

v.

NEWMONT MINING CORPORATION;
NEWMONT PERU SRL;
NEWMONT USA LTD.,

                      Respondents.
-----------------------------------------------------------

Thursday, June 11, 2015
9:00 A.M.

PURSUANT TO NOTICE and the Federal Rules of Civil Procedure, the above-entitled Rule 30(b)(6) deposition was taken on behalf of Applicant at 1470 Walnut Street, Suite 101, Boulder, Colorado, before K. Michelle Dittmer, Registered Merit Reporter and Notary Public within Colorado.

Otto Sloane
June 11, 2015

APPEARANCES:

For the Applicant:
    MARISSA VAHLSING, ESQ.
    RICHARD HERZ, ESQ.
    EarthRights International
    1612 K St., N.W., Suite 401
    Washington, D.C. 20006
    (202)466-5188

    BENJAMIN HOFFMAN, ESQ.
    Columbia Law School
    435 West 116th Street
    New York, New York 10027
    (212)854-3954

For the Respondents:
    ALEXANDER H. BAILEY, ESQ.
    T. MARKUS FUNK, ESQ.
    Perkins Coie LLP
    1900 16th Street, Suite 1400
    Denver, Colorado 80202-5255
    (303)291-2303

Also Present: Nancy Lipson, Esq.
              Lindsey Reimer
              Uyen Dang
              Eli Jimmerson

Page 22

1    A    Six months.
2    Q    Okay.  So now we are -- if I'm correct,
3    doing the math backwards -- we are in February of 2014?
4    A    Around about that number --
5    Q    Okay.
6    A    -- if my recollection is correct.
7    Q    What position did you hold before
8    February 2014?
9    A    North American security director --
10   regional security director.
11   Q    And how long did you hold that position
12   for?
13   A    From April 2013.
14   Q    Okay.  And before that, just because they
15   seem to be short.  I'm trying to find out --
16   A    Okay.  So --
17   Q    Yeah, yeah.
18   A    -- let me start --
19   Q    Yeah.  Maybe you can start backward?
20   A    -- from the Newmont.
21   Q    Yeah.
22   A    I joined Newmont in September of 2008 as
23   the regional security director for Africa.
24   Q    Okay.
25   A    Up to April of 2013, when I was transferred

                                                                    Page 23

 1    to Nevada.
 2              Q    That is helpful.  Thank you very much.
 3                   So you've been working for Newmont since
 4    2008?
 5              A    Correct.
 6              Q    Okay.  As you know, we are here today to
 7    take a deposition for use in foreign legal proceedings
 8    in Peru related to events that happened principally
 9    during the month of November 2011.
10                   During that time, what position did you
11    hold at Newmont?
12              A    Regional security director for Africa.
13              Q    For Africa.  Did you work on security at
14    Peru -- in Peru at all at the time?
15              A    No.
16              Q    Okay.  Since you were designated to serve
17    as the 30(b)(6) deponent today, what steps have you
18    taken to prepare for the deposition?
19              A    I have reviewed most of the documentation
20    that was provided to you under the court order.
21    Obviously did not memorize all of it -- or none of it.
22              Q    I didn't either.
23              A    But I did not review the documentation
24    provided from newspaper articles that are in Spanish.
25              Q    Okay.

1  do?

2       A   Not to my knowledge, no.

3           MR. HERZ:  Okay.

4           MS. VAHLSING:  Okay.  Thank you.  Do you
5  guys have anything further?

6       Q   (BY MS. VAHLSING) Do you wish to state any
7  further clarifications?

8       A   Not at this time.  I would prefer to wait
9  after people's counsel has indicated that he's got some
10 clarification questions prior to us breaking.

11          MS. VAHLSING:  Okay.

12                    EXAMINATION
13 BY MR. BAILEY:

14      Q   Okay.  Well, Mr. Sloane, thank you very
15 much for your time today, and I just do have a few
16 questions for you.  It shouldn't take long.

17          Some of what you said at the end there is
18 responsive to the first questions I was going to ask
19 you.  I'm going to ask them anyway just to make sure the
20 record is very clear.

21          Mr. Sloane, can you state for the record in
22 what country the events that we've been discussing today
23 took place?

24      A   Peru.

25      Q   And where would most of the information

1   about those events be held?
2           A   In Peru.
3           Q   Okay.  You have said several times today
4   during your deposition that there's information -- that
5   information responsive to certain of Counsel's questions
6   is not available in Colorado.  Do you recall saying
7   that?
8           A   Yes.
9           Q   Okay.  When you said that, did you -- did
10  that mean that such information is not available in
11  Peru?
12          A   No, meaning that that information will be
13  available in Peru, but it's not available in the
14  District of Colorado.
15          Q   It may be available in Peru?
16          A   It may be available in Peru, correct.
17          Q   Okay.  When you have answered that way to
18  some of the questions when you have said that you don't
19  know because, based on the documents, for example, that
20  are held in the District of Colorado, that information
21  is not available, when you have answered you don't know
22  for that reason, have you excluded from your testimony
23  what you know personally, sitting here today?
24          A   No, not at all.
25          Q   Okay.  So there's not any personal